UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HEATHER HOPPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13CV1840 RWS |
| ) | |
| CONSUMER ADJUSTMENT CO., ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORAND UM AND ORDER

On October 22, 2013, I entered Judgment in favor of plaintiff based on an acceptance of offer of judgment filed October 21, 2013. Defendants offer of judgment was for the amount of $1,001.00, plus costs and reasonable attorney's fees. Plaintiff then waived her right to attorney's fees on November 1, 2013. Therefore, the Judgment entered by the Court should have been for $1,001.00, plus costs. In a clerical mistake, however, the award of costs was unintentionally omitted from the Judgment. Apparently, defendants have now paid plaintiff $1,001.00, but refuse to pay her costs, which amount to $520.00. Under Fed. R. Civ. P. 60(a), the Court may correct the error in the Judgment to reflect the award of costs in addition to the amount of $1,001.00. I trust this will resolve the dispute between the parties and that no further involvement by the Court will be required.

Accordingly,

**IT IS HEREBY ORDERED** that the Judgment entered on October 22, 2013, will be amended under Fed. R. Civ. P. 60(a) to reflect an award of costs.

**IT IS FURTHER ORDERED** that plaintiff's motion to enforce judgment [#18] is denied as moot without prejudice to be refiled if defendants fail and refuse to comply with the Amended Judgment.

                                                                           _____
                                                                           RODNEY W. SIPPEL
                                                                           UNITED STATES DISTRICT JUDGE

Dated this __23rd__ day of April, 2014.